In the Matter of the Adoption of MICHAELA B.D., an Infant. GORDON A.S. et al., Respondents; ARTHUR F.M., Appellant. [869 NYS2d 847]

Present—Martoche, J.P., Smith, Centra, Green and Pine, JJ.